**Order entered July 3, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00555-CV

### MICHAEL POLYAK, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF IRINA POLYAK, DECEASED, Appellant

### V.

### NEW LIFECARE HOSPITALS OF NORTH TEXAS, LLC D/B/A LIFECARE HOSPITAL OF PLANO, Appellee

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-02630-2018**

## ORDER

Appellee has filed an amended suggestion of bankruptcy informing the Court it has filed a petition for relief under chapter 11 of title 11 of the United States Code. Pursuant to Texas Rule of Appellate Procedure 8.2, further action in this cause is automatically suspended. *See* TEX. R. APP. P. 8.2. Accordingly, for administrative purposes, this cause is **ABATED** and treated as a closed case. It may be reinstated on motion by any party showing, in accordance with rule of appellate procedure 8.3, that the appeal is permitted by federal law or the bankruptcy court. *See id.* 8.3.

/s/    BILL WHITEHILL
       JUSTICE